
Vogrin&
Frimet LLP

The Court construes this filing as a motion to adjourn the Initial Pretrial Conference and DENIES it. All counsel who have appeared are instructed to submit a Proposed Civil Case Management Plan and Scheduling Order by May 5, 2020 regardless of the status of other parties' appearances.

IT IS FURTHER ORDERED that the Initial Pretrial Conference will proceed telephonically. Counsel are instructed to call (888) 251-2909 and use access code 2123101.

April 27, 2020

4/28/2020

LEWIS J. LIMAN
United States District Judge

*Via ECF*

Hon. Lewis J. Liman, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

RE:   *Golden Insurance Company v. Ingrid House, Inc. et al*
      *Venue: U.S. District Court – Southern District of New York*
      *Docket No.: 1:20-cv-01163-LJL*

Dear Judge Liman,

We represent Plaintiff, Golden Insurance Company, with respect to the above matter. We write to request guidance regarding how to proceed with the scheduling of discovery given that only one of the three defendants in this action have appeared.

An Initial Pretrial Conference is scheduled before your Honor on May 12, 2020 at 2:00 p.m. *See Document 13*. As such, a Proposed Civil Case Management Plan and Scheduling Order must be filed by May 5, 2020. We have been conferring with counsel for Arch Specialty Insurance Company, which is the only defendant to have appeared thus far in this action. However, given that two of the defendants have not appeared,[1] any deadlines agreed to by Golden and Arch will likely have to be revised if and when those parties appear.

It may be wasteful to conduct an Initial Pretrial Conference under these circumstances. Similarly, it may be wasteful to submit a Proposed Civil Case Management Plan and Scheduling Order when two of three defendants have not yet appeared. Golden and Arch are prepared to move forward with discovery at this time but would appreciate instruction from the Court to ensure that judicial resources are not wasted on establishing a discovery schedule and conducting an Initial Pretrial Conference if it is premature.

---

[1] Ingrid House, Inc. has not responded to the Amended Summons and Complaint. The State Insurance Fund has not formally appeared, but their time to do so has been extended to June 15, 2020 by virtue of an Executed Waiver of Service. *See Document 37*.

  

VOGRIN & FRIMET, LLP

Hon. Lewis J. Liman, United States District Judge
April 27, 2020
Page 2

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

**VOGRIN & FRIMET, LLP**

George J. Vogrin

MER/da

CC:   *Via ECF*

Dirk Calache Haarhoff, Esq.
Kenney Shelton Liptak Nowak LLP
110 Wall Street, Suite 04-061
New York, NY 10005
*dchaarhoff@kslnlaw.com*
*Attorneys for Defendant,*
*Arch Specialty Insurance Company*

Judith Treger Shelton, Esq.
Kenney Shelton Liptak & Nowak, LLP
233 Franklin Street
Buffalo, NY 14202
(716) 853-3801
*jtshelton@kslnlaw.com*
*Attorneys for Defendant,*
*Arch Specialty Insurance Company*

*Via Email*

Edward D. Siegel, Esq.
Supervising Attorney
The State Insurance Fund
199 Church Street
New York, NY 10007
*esieg@nysif.com*
*Attorneys for Defendant,*
*The State Insurance Fund*