UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN INSURANCE COMPANY, | : |
| | : Case No.: 1:20-cv-1163 - LJL |
| Plaintiff, | : |
| v. | : **ORDER** |
| INGRID HOUSE, INC., ARCH SPECIALTY INSURANCE COMPANY, and THE STATE INSURANCE FUND, | : |
| Defendants. | : |

Upon the Stipulation by Plaintiff, GOLDEN INSURANCE COMPANY, and Defendant, ARCH SPECIALITY INSURANCE COMPANY, pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, Defendant, ARCH SPECIALITY INSURANCE COMPANY, is hereby dismissed with prejudice with each party bearing their own costs and attorneys' fees.

Dated:  December 21, 2020
        New York, New York

SO ORDERED:

_____
LEWIS J. LIMAN
United States District Judge