UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020
```

-----------------------------------------------------------------------X
:
GOLDEN INSURANCE CO.,                                 :
:
                          Plaintiff,                  :
:                        20-cv-1163 (LJL)
           -v-                                        :
:                            ORDER
INGRID HOUSE, et al.,                                 :
:
                          Defendants.                 :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        Pursuant to the consent of the parties, the trial will be held to the bench.  Dkt. No. 59.
Trial is scheduled for May 17, 2021 at 10:00 a.m.

        SO ORDERED.


Dated: December 30, 2020                        _____
       New York, New York                             LEWIS J. LIMAN
                                                 United States District Judge